IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RODNEY WILLIAM BAILEY, | ) | 1:06-CV-00100 REC LJO P |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING APPLICATION TO |
| vs. | ) | PROCEED IN FORMA PAUPERIS |
| | ) | |
| ARNOLD SCHWARZENEGGER, et al., | ) | (Northern District Documents #2, 3) |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff is a state prisoner proceeding pro se. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983 and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).

Plaintiff has submitted a declaration that makes the showing required by § 1915(a). Accordingly, the request to proceed in forma pauperis will be granted. 28 U.S.C. § 1915(a).

Pursuant to 28 U.S.C. § 1915(b)(1), enacted April 26, 1996, plaintiff is required to pay the statutory filing fee of $250.00 for this action.[1] Plaintiff has been without funds for six months and is currently without funds. Accordingly, the court will not assess an initial partial filing fee. 28 U.S.C. § 1915(b)(1). Plaintiff is obligated to make monthly payments of 20 percent of the preceding month's income credited to plaintiff's prison trust account. These payments shall be collected and forwarded by

---

[1] The statutory filing fee for all civil actions except applications for writs of habeas corpus is $250.00. See 28 U.S.C. § 1914(a).

1  the appropriate agency to the Clerk of the Court each time the amount in plaintiff's account exceeds
2  $10.00, until the filing fee is paid in full.  28 U.S.C. § 1915(b)(2).
3      In accordance with the above, IT IS HEREBY ORDERED that:
4          1.  Plaintiff's request for leave to proceed in forma pauperis is granted.
5          2.  Plaintiff is obligated to pay the statutory filing fee of $250.00 for this action.  The fee
6  shall be collected and paid in accordance with this court's order to the Director of the California
7  Department of Corrections filed concurrently herewith.
8
9  IT IS SO ORDERED.
10 **Dated:   March 6, 2006**               /s/ Lawrence J. O'Neill
   i0d3h8                                  UNITED STATES MAGISTRATE JUDGE