UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY WILLIAM BAILEY, | 1:06-cv-00100-AWI-LJO-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 8) |
| vs. | |
| ARNOLD SCHWARZENEGGER, et al., | **ORDER DISMISSING ACTION, WITHOUT PREJUDICE, FOR FAILURE TO PROSECUTE** |
| Defendants. | |

   Plaintiff Rodney William Bailey ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

   On June 13, 2006, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that an objection to the Findings and Recommendations was to be filed within eleven days.  To date,

plaintiff has not filed an objection.[1]

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed June 13, 2006, is ADOPTED in full; and,

2. This action is DISMISSED, without prejudice, based on plaintiff's failure to prosecute.

IT IS SO ORDERED.

**Dated:    July 29, 2006**                          /s/ Anthony W. Ishii
0m8i78                                           UNITED STATES DISTRICT JUDGE

---

[1] The United States Postal Service returned the order served on plaintiff on June 23, 2006, as undeliverable. A notation on the envelope indicated: Return to Sender - Attempted Not Known.  However, plaintiff has not notified the court of any change in his address.  Absent such notice, service at a party's prior address is fully effective.  <u>See</u> Local Rule 83-182(f).

2